**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

4460 NIRVANA PKWY LLC,

    Plaintiff,

v.                                             Case No: 6:19-cv-857-Orl-40GJK

AIDA DAVID, JOHN DAVID and
UNKNOWN TENANTS IN
POSSESSION,

    Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) filed on May 6, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case be remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 9, 2019 (Doc. 3), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. The case is **REMANDED** to the County Court of the Ninth Judicial Circuit, in and for Osceola County, Florida.

4. The Clerk is **DIRECTED** to send a certified copy of this Order to the Clerk of the Court for the County Court of the Ninth Judicial Circuit, in and for Osceola County, Florida and to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 29, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties